LAW OFFICES
# DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502
NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-4-20

February 4, 2020

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States District Court
40 Foley Square
New York, NY 10007

Filed on ECF and
via email to ALCarterNYSDChambers@nysd.uscourts.gov

Re: *United States v. Juan Romero-Granados*; 16 Cr. 324 (ALC); request to adjourn current sentencing date

Dear Judge Carter:

We represent Mr. Juan Romero-Granados pursuant to the Criminal Justice Act. Mr. Romero-Granados is currently scheduled to be sentenced by Your Honor on February 20, 2020. We write to seek an adjournment of that date. This is our second request for an adjournment.

One reason we seek this adjournment is so that we can review the transcript of the sentencing of Mr. Romero-Granados' co-defendant, Julio Sanz-Flores, who was sentenced by the Court on January 16, 2020. Among other things, we understand that certain victims made statements at that sentencing proceeding. One of our colleagues has ordered those minutes and has graciously agreed to share them with us, but those minutes are not yet available. The ability to review those minutes will enable us to provide better representation to our client in connection with his sentencing. An adjournment will also allow us to continue to gather information for Your Honor to consider for sentencing purposes from our client and his family who reside in Mexico. We have spoken to the Government and they consent to this request.

After speaking with Chambers, we request that Your Honor reschedule Mr. Romero-Granados' sentencing for April 21, 2020 at noon, when we understand the Court is available.

Very Truly Yours,

*David S. Greenfield* /sus

David S. Greenfield

The application is ✓ granted.
☐ denied.

*Andrew L. Carter*

Andrew L. Carter Jr, U.S.D.J.
Dated: February 4, 2020
NY, New York