**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899

FAX 212-964-2926

February 13, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-13-20

Honorable Andrew L. Carter
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

Re: **United States v. Emilio Rojas-Romero**
**16 Cr. 324 (ALC)**

Your Honor:

I write to request the adjournment of Mr. Rojas-Romero's case which is currently scheduled for February 25, 2020. The Court has approved the appointment of a mitigation expert who needs time to do his work.

Therefore, I request a two month adjournment of the sentence. The government by Elinor Tarlow, Esq, consents to this application.

The application is granted. Sentencing adjourned to April 27, 2020 at 2 p.m.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

_____  2-13-20
HON. ANDREW L. CARTER