

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/19/2020

**STAMPUR & ROTH**
ATTORNEYS AT LAW

| | |
|---|---|
| WILLIAM J. STAMPUR<br>JAMES ROTH | 299 BROADWAY, SUITE 800<br>NEW YORK, N.Y. 10007<br><br>(212) 619-4240<br>FAX (212) 619-6743 |

March 19, 2020

**By ECF**
Honorable Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Alan Romero-Granados*
              16 Cr. 324 (ALC)

Dear Judge Carter:

    In light of the current COVID-19 Virus crisis, non-prison visitation and final review of documents in preparation for Mr. Grandos' sentence, I write to request an adjournment of his sentence now scheduled for April 13, 2020.

    It seems that an adjournment of at least 60 days is necessary given all these circumstances and as such I request a date in early July.

    I have consulted with AUSA Elinor Tarlow and she has no objection to the adjournment.

                                                 Very truly yours,

                                                 *William J. Stampur*
                                                 William J. Stampur

                                                 The application is granted. Sentencing adjourned to June 15, 2020 at 2:00 p.m.
cc:    AUSA Elinor Tarlow                    So Ordered.

                                                 *Andrew L. Carter*
                                                 3/19/20