USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/24/2020

## DAVID S. GREENFIELD
ATTORNEY AT LAW
100 LAFAYETTE STREET · SUITE 502
NEW YORK, N.Y. 10013
(212) 481-9350

March 19, 2020

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States District Court
40 Foley Square
New York, NY 10007

Filed on ECF and
via email to ALCarterNYSDChambers@nysd.uscourts.gov

Re: <u>*United States v. Juan Romero-Granados*; 16 Cr. 324 (ALC); request to adjourn current sentencing date</u>

Dear Judge Carter:

     We represent Mr. Juan Romero-Granados pursuant to the Criminal Justice Act. Mr. Romero-Granados is currently scheduled to be sentenced by Your Honor on April 21, 2020. Given the current COVID-19 virus crisis and our resulting inability to visit and easily consult with our client (who is detained at the MDC) to prepare for sentencing, we respectfully request that the Court adjourn this date. We have consulted with the Government and they have no objection to this request.

     The Court has recently adjourned the sentencing dates of a few of Mr. Romero-Granados' co-defendants until mid-June for these same reasons. We ask the Court for a date around that same time.

Very Truly Yours,

/s/ David S. Greenfield

**The application is granted. Sentencing adjourned to 6/19/20 at 10:00 a.m.**

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated: March 24, 2020**