USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/22/20 _____

**MEMO ENDORSED**

**LISA SCOLARI**
**Attorney at Law**
**20 Vesey Street,  Suite 400**
**New York, New York 10007**
lscolarilaw@earthlink.net

TEL 212-227-8899　　　　　　　　　　　　　　　　　　　　　　　　　　　FAX 212-964-2926

April 18,  2020

Honorable Andrew L. Carter
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

**Re: United States v. Emilio Rojas-Romero**
**16 Cr. 324  (ALC)**

Your Honor:

　　　I write to request the adjournment of Mr. Rojas-Romero's case which is currently scheduled for April 27, 2020 due to the COVID-19 crisis.
　　　The government,  by Elinor Tarlow, Esq., consents to this request. Therefore I request and adjournment to early July, 2020.

　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　*Lisa Scolari*
　　　　　　　　　　　　　　　Lisa Scolari

SO ORDERED:

*Andrew L Carter*
_____
HON. ANDREW L. CARTER

The application is granted. Sentencing adjourned to 7/10/20 at 10:00 a.m. So ordered.