# DAVID S. GREENFIELD
ATTORNEY AT LAW
100 LAFAYETTE STREET · SUITE 502
NEW YORK, N.Y. 10013
(212) 481-9350

September 14, 2020

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States District Court
40 Foley Square
New York, NY 10007

Filed on ECF and
via email to ALCarterNYSDChambers@nysd.uscourts.gov

Re: *United States v. Juan Romero-Granados*; 16 Cr. 324 (ALC); request to adjourn current sentencing date

Dear Judge Carter:

We represent Mr. Juan Romero-Granados pursuant to the Criminal Justice Act. Mr. Romero-Granados is currently scheduled to be sentenced by Your Honor on September 29, 2020. We write to request an adjournment of that date. We have not been able to adequately prepare and review documents with Mr. Romero-Granados due to the ongoing COVID-19 pandemic. We respectfully ask that his sentencing be adjourned until mid-to-late December 2020, around the time that his similarly situated co-defendants will be sentenced. We have consulted with AUSA Elinor Tarlow and the Government has no objection to this request.

Very Truly Yours,

/s/ David S. Greenfield

**The application is granted. Sentencing adjourned to 2/4/21 at 10:00 a.m. So Ordered.** */s/ Andrew L. Carter* **9/25/20**