**MEMO ENDORSED**

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-9-21

**LISA SCOLARI**
**Attorney at Law**
**20 Vesey Street, Suite 400**
**New York, New York 10007**
**lscolarilaw@earthlink.net**

TEL 212-227-8899                                                                                   FAX 212-964-2926

February 9, 2021

Honorable Andrew L. Carter
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

Re: United States v. Emilio Rojas-Romero
16 Cr. 324 (ALC)

Your Honor:

    I write to request the adjournment of Mr. Rojas-Romero's case which is currently scheduled for February 18, 2021 due to the covid-19 crisis.
    The government, by Jaqueline Kelly, Esq. consents to this request. Therefore I request and adjournment to a date in May, 2021.

Respectfully,
*Lisa Scolari*
Lisa Scolari

*The application is granted. Sentencing adjourned to 5-21-21 at 10:00 a.m.*

SO ORDERED:

/s/ Andrew L. Carter
_____
HON. ANDREW L. CARTER        2-9-21