USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/10/21__

**LISA SCOLARI**
**Attorney at Law**
**20 Vesey Street, Suite 400**
**New York, New York 10007**
scolarilaw@gmail.com

TEL 212-227-8899            FAX 212-964-2926

May 10, 2021

Honorable Andrew L. Carter
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

**Re: United States v. Emilio Rojas-Romero**
**16 Cr. 324 (ALC)**

Your Honor:

    I write to request the adjournment of Mr. Rojas-Romero's case which is currently scheduled for May 21, 2021 to a date in late September due to the covid -19 crisis.
    The government, by Jacqueline Kelly, Esq. consents to this request. Therefore I request and adjournment to a date in late September, 2021.

Respectfully,
*Lisa Scolari*
Lisa Scolari

**The application is granted. Sentencing adjourned to 9/21/21 at 10:00 a.m.**

SO ORDERED:

*/s/ Andrew L. Carter/*
_____
HON. ANDREW L. CARTER   5/10/21