**MEMO ENDORSED**

**LISA SCOLARI**
**Attorney at Law**
**20 Vesey Street, Suite 400**
**New York, New York 10007**
scolarilaw@gmail.com

TEL 212-227-8899  FAX 212-964-2926

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/4/21__

November 4, 2021

Honorable Andrew L. Carter
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

**Re: United States v. Emilio Rojas-Romero**
**16 Cr. 324 (ALC)**

Your Honor:

    I write to request the adjournment of Mr. Rojas-Romero's case which is currently scheduled for November 30, 2021 to a date in mid-late December, 2021. I will no longer be on trial this month as anticipated but have been fully occupied with preparing for the trial of a case in which my client unexpectedly plead guilty. I cannot be ready to proceed as scheduled.
    The government, by Jacqueline Kelly, Esq., consents this request.

Respectfully,

*Lisa Scolari*

Lisa Scolari

**The application is GRANTED.** Sentencing adjourned to 12/15/21 at 2:30 p.m.

SO ORDERED:

_____  11/4/21
HON. ANDREW L. CARTER