**LISA SCOLARI**
**Attorney at Law**
**20 Vesey Street,  Suite 400**
**New York, New York 10007**
**scolarilaw@gmail.com**

**TEL 212-227-8899**                                    **FAX 212-964-2926**

February 8, 2022

Honorable Andrew L. Carter
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

**Re: United States v. Emilio Rojas-Romero**
**16 Cr. 324  (ALC)**

Your Honor:

      I write to request an adjournment of Mr. Rojas-Romero's sentence case which is currently scheduled for February 22,  2022,  to a  March 31, 2022 at 2:00 p.m. The mitigation expert working on Mr. Rojas Romero's report is recovering but not yet working full time and has been unable to complete Mr. Rojas-Romero's report. I have not been able to meet with Mr. Rojas Romero as the MDC has been closed to counsel visits for approximately seven weeks,  since December 20, 2021. I seek the adjournment because I need the mitigation report and an opportunity to review it with Mr. Rojas Romero before I write my submission.

      Therefore, I request an adjournment to March 31, 2022 at 2:00 p.m.. The government,  by Elinor Tarlow, Esq., consents to this  request.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

_____ 2/9/22
HON. ANDREW L. CARTER